### W. P. CARDEN v. THE STATE.

#### No. 2396.    Decided April 30, 1913.

**Burglary—Statement of Facts—Bills of Exception.**

Where more than ninety days had elapsed since sentence was pronounced, during a term of the District Court which continued in session for more than eight weeks, and no statement of facts or bills of exception were filed, and the indictment was sufficient, it must be presumed that the charge of the court submitted all the law arising from the evidence.

Appeal from the District Court of Travis.    Tried below before the Hon. Chas. A. Wilsox.

Appeal from a conviction of burglary; penalty, four years imprisonment in the penitentiary.

The opinion states the case.

*J. D. Moore,* for appellant.

*C. E. Lane,* Assistant Attorney-General, for the State.

HARPER, JUDGE.—Appellant was prosecuted and convicted of burglary and his punishment assessed at four years confinement in the State penitentiary.

Appellant was convicted at the December term of the District Court of the Twenty-sixth Judicial District. This term of court may, and did, continue in session for more than eight weeks. The motion for new trial herein was overruled and sentence pronounced on January 21, 1913. More than ninety days has elapsed since said time and no statement of facts nor bills of exception have been filed in the trial court as shown by the record filed in this court.

As the indictment charges an offense against the laws of this State, and the court submits that offense in his charge, we must presume that the charge correctly submitted all the issues arising from the evidence adduced.

Judgment affirmed.

*Affirmed.*